UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| MIGUEL A. O'CONNER-COLON,<br><br>    Petitioner,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Respondent. | Civil No. 04-2076 (JAF)<br><br>(Criminal No. 00-048) |

**J U D G M E N T**

Pursuant to the terms and conditions of an Order subscribed by the court today, judgment is now entered summarily dismissing this 28 U.S.C. § 2255 petition.  Rule 4, <u>Rules Governing Section 2255 Proceedings in the United States District Courts</u>.

San Juan, Puerto Rico, this 24th day of August, 2005.

                    S/José Antonio Fusté
                    JOSE ANTONIO FUSTE
                    Chief U. S. District Judge